FRANK KUTTNER, BY NEXT FRIEND, DEFENDANT IN ERROR, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, PLAINTIFF IN ERROR.

Argued March 22, 1911—Decided May 26, 1911.

On error to the Supreme Court, whose opinion is reported in 51 *Vroom* 11.

For the plaintiff in error, *George M. Shipman, George Holmes* and *George H. Large.*

For the defendant in error, *William C. Gebhardt.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Chief Justice in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, BOGERT, CONGDON, SULLIVAN, JJ.   9.

*For reversal*—None.